**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

STEVEN LARON MCARTHUR
ADC #95870                                                                                          PLAINTIFF

V.                                            5:04CV00267 JMM/JTR

KIM LUCKETT, Assistant Warden,
Cummins Unit, and EDWARD SMITH,
Food Production Manager, Cummins Unit                                          DEFENDANTS

**ORDER**

The Court has previously ordered that Defendant Edward Smith's private mailing address be removed from the public portion of the file. *See* docket entries #56 and #75. On April 6, 2007, Plaintiff filed a Second Amended Complaint that inadvertently listed Plaintiff's private mailing address in the Certificate of Service. *See* docket entry #77. On April 26, 2007, Defendant Smith filed a Motion requesting that his private mailing address be removed from that pleading and that the parties be directed not to include Plaintiff's private mailing address on any future pleadings. For good cause shown, the Motion will be granted.

IT IS THEREFORE ORDERED THAT:

1.   Defendant Smith's Motion to Maintain Contact Information Under Seal (docket entry #86) is GRANTED.

2.   The Clerk is directed to REDACT Defendant Smith's private mailing address from the Second Amended Complaint (docket entry #77 at 6).

      3.      The parties are DIRECTED to <u>not</u> include Defendant Smith's private mailing address in any future unsealed pleadings.

Dated this 30th day of April, 2007.

                                                            _____
                                                           UNITED STATES MAGISTRATE JUDGE