**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**


STEVEN LARON MCARTHUR
ADC #95870                                                                                  PLAINTIFF

V.                                      5:04CV00267 JMM/JTR

KIM LUCKETT, Assistant Warden,
Cummins Unit, Arkansas Department
of Correction; and EDWARD SMITH,
Food Production Manager, Cummins Unit,
Arkansas Department of Correction                                              DEFENDANTS


**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition

submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.

After careful review, the Court concludes that the Proposed Findings and Recommended Partial

Disposition should be, and hereby are, approved and adopted in their entirety as this Court's

findings in all respects.

IT IS THEREFORE ORDERED that:

1.       Defendant Luckett's Second Motion for Summary Judgment (docket entry #98) is

GRANTED, and he is DISMISSED, WITH PREJUDICE, from this action.

2.       The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

*pauperis* appeal this Order would not be taken in good faith.

Dated this __31__ day of __October__, 2007.


                                                  _James M. Moody_
                                                  UNITED STATES DISTRICT JUDGE