# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

STEVEN LARON MCARTHUR
ADC #95870                                                                                              PLAINTIFF

V.                                    5:04CV00267 JMM/JTR

EDWARD SMITH,
Food Production Manager, Cummins Unit                                          DEFENDANT

## ORDER

Appointed counsel for Plaintiff Steven McArthur has filed a Motion and a Supporting Brief seeking reimbursement from the Library fund for $797.80 for litigation costs he incurred while representing Plaintiff in this action. *See* docket entries #107 and #108. Local Rule 83.6, Exhibit A(2), provides that: "<u>Before</u> an attorney <u>expends</u> an amount above $500, for which the attorney intends to seek reimbursement from the fund, written approval <u>must</u> be obtained from a District Court Judge or Magistrate Judge." (Emphasis added.)

Although the costs incurred by counsel appear to be reasonable, he did not obtain written permission prior to expending more than $500, as required by Rule 83.6, Exhibit A(2). Accordingly, the Court will instruct the Clerk to pay counsel $500.

IT IS THEREFORE ORDERED THAT:

1.     Plaintiff's Motion for Disbursement of Funds Pursuant to Local Rule 83.6 (docket entry #107) is GRANTED, AS MODIFIED.

2.     The Clerk shall distribute to Mr. J. R. Baber the amount of $500 from the Library Fund.

Dated this 8th day of November, 2007.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE