IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN LARON MCARTHUR
ADC #95870                                                                                             PLAINTIFF

V.                                        5:04CV00267 JMM/JTR

EDWARD SMITH,
Food Production Manager,
Arkansas Department of Correction                                                      DEFENDANT

## ORDER OF DISMISSAL

The remaining parties in this § 1983 action have filed an Agreed Motion to Dismiss with Prejudice stating that this case should be dismissed because they have reached a settlement. *See* docket entry #11. The Court finds good cause for granting the Motion.

IT IS THEREFORE ORDERED THAT:

1. The Agreed Motion to Dismiss with Prejudice (docket entry #111) is GRANTED, and this case is DISMISSED, WITH PREJUDICE, pursuant to a settlement.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order of Dismissal and the accompanying Judgment would not be taken in good faith.

Dated this 22nd day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE