**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


STEVEN LARON MCARTHUR
ADC #95870                                                                                    PLAINTIFF

V.                                          5:04CV00267 JMM/JTR

EDWARD SMITH,
Food Production Manager,
Arkansas Department of Correction                                               DEFENDANT


### JUDGMENT

  Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is DISMISSED, WITH  PREJUDICE, pursuant to

settlement.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

*pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken

in good faith.

  DATED this 22nd day of January, 2008.


                                                        _____
                                                        UNITED STATES DISTRICT JUDGE